ROBINSON MILLER LLC
Keith J. Miller
Michael J. Gesualdo
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com
mgesualdo@rwmlegal.com

-and-

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Craig S. Mende
James D. Weinberger
Jason D. Jones
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

*Attorneys for Plaintiff Robert Kirkman, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KIRKMAN, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> PHILLIP THEODOROU, STEVEN THEODOROU, ANNA THEODOROU, JEFFREY HELLER, and MOHAMED ELKADY, <br><br> *Defendants*. | Case No. 3:15-cv-08474-MAS-DEA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT JEFFREY HELLER WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all claims asserted against Defendant Jeffrey Heller without prejudice.[1]

Dated:   March 7, 2016                    ROBINSON MILLER LLC

By: *s/ Michael J. Gesualdo*
    Michael J. Gesualdo

Keith J. Miller
Michael J. Gesualdo
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com
mgesualdo@rwmlegal.com

-and-

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Craig S. Mende
James D. Weinberger
Jason D. Jones
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

*Attorneys for Plaintiff Robert Kirkman, LLC*

---

[1] For the avoidance of any doubt, this voluntary dismissal affects only the claims asserted against Defendant Jeffrey Heller and no other Defendant.